PAUL BELITS, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Reported below, 151 App. Div. 932.
(Submitted October 14, 1912; decided October 22, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 3, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of the defendant.

The motion was made upon the ground that no question of law was presented for review.

*L. B. Treadwell* for motion.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Loyal Leale* of counsel), opposed.

Motion denied, with ten dollars costs.